# Court of Appeals
## Tenth Appellate District of Texas

10-26-00228-CR

In re Kyle M. Dickens

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed by Kyle M. Dickens, Relator, on

June 9, 2026, is DENIED.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  July 2, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
Do not publish
OT06

